**George N. ALLEN,**
**Petitioner–Appellant,**

v.

**B.J. BUNNELL, Respondent–Appellee.**

**No. 88–6305.**

United States Court of Appeals,
Ninth Circuit.

May 1, 1990.

Before SCHROEDER and BEEZER, Circuit Judges, and KING *, District Judge.

### ORDER

The government has filed a "petition for rehearing" calling our attention to the Supreme Court's decision in *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 1075, 103 L.Ed.2d 334 (1989) which appears to apply an even stricter test of retroactivity than that set forth in *Allen v. Hardy*, 478 U.S. 255, 258, 106 S.Ct. 2878, 2879–2880, 92 L.Ed.2d 199 (1986). The result in this case would thus be the same under the *Teague* analysis. The petition for rehearing is denied.